642        APPELLATE COURTS OF ILLINOIS.

Samuel Brown, appellee, v. Jacob Ashkanazy, appellant.  Gen. No. 32,041.

Action to recover rent.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding.  Heard in the third division of this court for the first district at the October term, 1927.  Affirmed.  Opinion filed February 9, 1928.  Rehearing denied February 21, 1928.

L. A. Sherwin, for appellant.  Gallagher, Shulman, Abrams & Henry, and Yale & Yale, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

American Glass Company for use of Glen Falls Insurance Company, appellant, v. Albert L. Fell, appellee.  Gen. No. 32,050.

Action to recover damages to goods in automobile truck colliding with another automobile truck.  Judgment for defendant.  Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding.  Heard in the third division of this court for the first district at the October term, 1927.  Reversed and cause remanded.  Opinion filed February 9, 1928.

Kremer, Branand & Hamer, for appellant; Donald Campbell, of counsel.  No appearance for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

Joseph Sapero and Lillian Sapero, appellants, v. B. Gomberg et al., appellees.  Gen. No. 32,061.

Action to recover value of trunk and contents left with public garage.  Judgment for defendant.  Appeal from the Municipal Court of Chicago; the Hon. Lloyd M. Bradley, Judge, presiding.  Heard in the third division of this court for the first district at the October term, 1927.  Reversed and cause remanded with directions.  Opinion filed February 9, 1928.

L. A. Sherwin, for appellants.  Alex M. Golman, for appellees; Maurice L. Davis, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

---

The New York, Chicago & St. Louis Railroad Company, appellant, v. Sam Scott, appellee.  Gen. No. 32,080.

Action for possession of real estate.  Judgment for defendant.  Appeal from the Circuit Court of Cook county; the Hon. A. W. Summers, Judge, presiding.  Heard in the third division of this court for the first district at the October term, 1927.  Reversed and cause remanded.  Opinion filed February 9, 1928.  Rehearing denied February 21, 1928.

Glennon, Cary, Walker & Murray, for appellant; Sidney C. Murray and Marvin A. Jersild, of counsel.  Morton S. Cressy, Andrew Mitchell, Blake C. Smith and Frank N. Reed, for appellee.

Mr. Justice Wilson delivered the opinion of the court.